IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALLISON HENSON,

Plaintiff,

v.

SHAMROCK CARTAGE, INC.,

Defendant.

Case No. 24-cv-208 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/20/2024**          **MONICA A. STUMP, Clerk of Court**

                              **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**